UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REGINA WEIR and DAVID HUNT, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 1:22-cv-299 |
| MONROE COUNTY COMMUNITY SCHOOL CORPORATION, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Monroe County Community School Corporation ("Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, notices the removal of an action from the Circuit Court of Monroe County, Indiana to this Court for trial and determination, and as grounds therefor, states as follows:

1. Plaintiffs, Regina Weir and David Hunt ("Plaintiffs"), initiated this action on January 7, 2022, by filing a Petition for Temporary and Permanent Injunction captioned *Regina Weir, David Hunt v. Monroe County Community School Corporation,* Cause No. 53C08-2201-MI-000043 (the "Action"), in the Circuit Court of Monroe County, Indiana. The petition was served on Defendant on January 12, 2022, by certified mail. True and accurate copies of the state court docket sheet, all pleadings, orders, and all other filings in the Action are attached hereto as Exhibit A.

2. Plaintiffs' petition alleges constitutional claims under the due process clause of the Fourth, Sixth and Fourteenth Amendments to the United States Constitution.

3. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing

the place where such action is pending." Because Plaintiffs' claims under the United States Constitution constitute a civil action arising under the laws of the United States over which the district courts have original jurisdiction (*see* 28 U.S.C. § 1331), this cause may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a).

4. The Southern District of Indiana is the judicial district embracing the place where the state court case was brought and is pending (*see* 28 U.S.C. § 94(b)(1)), and is thus the proper district court to which this case should be removed. *See* 28 U.S.C. § 1446(a).

5. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because not more than 30 days have elapsed since Plaintiffs served Defendant with the petition.

6. Written notice of the filing of this notice of removal of civil action will be given to Plaintiffs as required by law.

7. A true and accurate copy of this notice of removal of civil action will be filed with the Clerk of the Circuit Court of Monroe County, Indiana, as required by law.

8. The Monroe Circuit Court has entered an order granting Defendant an enlargement of time to respond to Plaintiffs' petition to and including March 7, 2022.

          Respectfully submitted,

          /s/ *Jonathan L. Mayes*
          Jonathan L. Mayes (#25690-49)
          Tyler J. Moorhead (#34705-73)
          BOSE McKINNEY & EVANS LLP
          111 Monument Circle, Suite 2700
          Indianapolis, IN 46204
          (317) 684-5000; (317) 684-5173 Fax
          jmayes@boselaw.com
          tmoorhead@boselaw.com

          *Attorneys for Defendant, Monroe County Community School Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, a copy of the foregoing "Notice of Removal" was filed electronically. A copy has also been served upon Plaintiffs by first-class, United States mail, postage prepaid, and email this same date.

> Regina M. Weir
> David Hunt
> 817 ½ West Ralston Drive
> Bloomington, IN  47403
> rweir32@gmail.com
> dave.hunt62@gmail.com

>                                    /s/ *Jonathan L. Mayes*
>                                    Jonathan L. Mayes

4309010