UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID HUNT, <br> REGINA WEIR, <br><br> Plaintiffs, <br><br> v. <br><br> MONROE COUNTY COMMUNITY <br> SCHOOL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-00299-JRS-MPB <br> ) <br> ) <br> ) <br> ) <br> ) |

**Final Judgment**

Plaintiffs David Hunt and Regina Weir shall take nothing by way of their complaint against Monroe County Community School Corporation. This action is **dismissed with prejudice** under Federal Rule of Civil Procedure 41(a)(2). This is a final judgment under Federal Rule of Civil Procedure 58. The Clerk **shall** close this case.

Date: 02/27/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record